**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **DENISE M. JEROME,** | |
| Plaintiff, | 1:09-cv-92 |
| v. | |
| **WATERSPORTS ADVENTURE RENTALS AND EQUIPMENT, INC., d/b/a ISLAND FLIGHT ADVENTURES,** | |
| Defendant. | |

**TO:**  Alex M. Moskowitz, Esq.
     Robert L. King, Esq.

## ORDER

THIS MATTER is before the Court upon Plaintiff's Motion to Compel (Docket No. 27). The time for filing a response has expired.

Having reviewed the motion and the record herein, the Court notes that Defendant filed a Notice of Service of Defendants [sic] Watersports Adventure Rentals and Equipment, Inc., d/b/a Island Flight Adventures Responses to Requests For Production of Documents (Docket No. 28) and a Notice of Service of Defendants [sic] Watersports Adventure Rentals and Equipment, Inc., d/b/a Island Flight Adventures Responses to Plaintiff's First Set of Interrogatories to Defendant (Docket No. 29). Consequently, the

*Jerome v. Watersports Adventure Rentals and Equipment, Inc.*
1:09-cv-92
Order
Page 2

Court finds that Defendant has provided the discovery sought by the motion, rendering said motion moot.

    Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Compel (Docket No. 27) is **DENIED AS MOOT**.

                                      ENTER:

Dated: November 29, 2010                  /s/ George W. Cannon, Jr.
                                              GEORGE W. CANNON, JR.
                                              U.S. MAGISTRATE JUDGE